UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHAD TECHU-EL,<br><br>                      Plaintiff,<br><br>-against-<br><br>DREW CONETTA, ET AL.,<br><br>                      Defendants. | 22-CV-0111 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 11, 2022, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 11, 2022
              New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge